IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAFFY G. ESTRADA and JADE B. ESTRADA,

    Plaintiffs,

  v.

AURORA LOAN SERVICES, LLC; QUALITY LOAN SERVICES CORP.; BSI FINANCIAL SERVICES, INC.; and DOES 1-5, inclusive,

    Defendants.

No. C 10-3322 WHA

**ORDER TO SHOW CAUSE**

Plaintiffs filed this action in state court and defendants removed and then filed a motion to dismiss. The motion is scheduled to be heard on November 4, 2010. Pursuant to Civil Local Rule 7-3, any brief in opposition to the motions was due on October 14, 2010, but no such opposition has been received. Plaintiffs are **ORDERED** to respond by **NOON ON FRIDAY, OCTOBER 22, 2010**, and show cause for their failure to respond to the motion in accordance with Civil Local Rule 7-3(a) or alternatively to file a statement of nonopposition to the motion as required by Civil Local Rule 7-3(b). If plaintiffs do not respond to this order the case may be dismissed for plaintiffs' failure to prosecute their claims. This order to show cause does not

constitute permission to file a late opposition. The hearing scheduled for November 4, 2010, is **VACATED**. The Court will schedule a new hearing date later if necessary.

**IT IS SO ORDERED.**

Dated: October 18, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE