**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAFFY G. ESTRADA and JADE B. ESTRADA,

    Plaintiffs,

  v.

AURORA LOAN SERVICES, LLC; QUALITY LOAN SERVICES CORP.; BSI FINANCIAL SERVICES, INC.; and DOES 1-5, inclusive,

    Defendants.

                                     /

No. C 10-3322 WHA

**ORDER OF DISMISSAL**

Plaintiffs have filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: October 22, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE